UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Case No.: 1:21-cr-00219-FJS |
| | : | |
| JONATHAN CUNEY | : | |

## **NOTICE OF APPEAL**

Notice is hereby given that Jonathan Cuney, Defendant in the above matter, hereby appeals to the United States Court of Appeals for the Second Circuit, the final judgement and sentence, which entered on December 3, 2021. (*See Attachment A*).

    Respectfully submitted

    John L. Calcagni III, Esq.
    John L. Calcagni III (Bar No.: 512512)
    Law Office of John L. Calcagni III, Inc.
    72 Clifford Street, Third Floor
    Providence, RI 02903
    Phone:  (401) 351.5100
    Fax:  (401) 351.5101
    Email:  jc@calcagnilaw.com

## **CERTIFICATION**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on December 15, 2021.

                                        John L. Calcagni III, Esq.
                                        John L. Calcagni III (Bar No.: 512512)
                                        Law Office of John L. Calcagni III, Inc.
                                        72 Clifford Street, Third Floor
                                        Providence, RI 02903
                                        Phone: (401) 351.5100
                                        Fax: (401) 351.5101
                                        Email: jc@calcagnilaw.com