# ATTACHMENT A

# NOTICE OF APPEAL

## United States District Court

Northern _____ District of New York _____

Caption:

United States _____ v.

Jonathan Cuney _____

Docket No.: 1:21-CR-00219-FJS

Frederick J. Scullin, Jr

(District Court Judge)

Notice is hereby given that Jonathan Cuney _____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment ✔, other | _____

(specify)

entered in this action on December 3, 2021 .

(date)

This appeal concerns: Conviction only |___  Sentence only |✔|  Conviction & Sentence |___  Other |___

Defendant found guilty by plea |✔| trial | | N/A [ .

Offense occurred after November 1, 1987?  Yes |✔  No |___  N/A |___

Date of sentence: December 2, 2021 _____  N/A |___|

Bail/Jail Disposition: Committed |✔  Not committed | | N/A |

Appellant is represented by counsel?  Yes ✔| No [ | If yes, provide the following information:

Defendant's Counsel: John L. Calcagni III, Esq.

Counsel's Address: 72 Clifford Street, Suite 300

Providence, RI 02903

Counsel's Phone: 401-351-5100

Assistant U.S. Attorney: Michael S. Barnett

AUSA's Address: 445 Broadway, Room 218

Albany, NY 12207

AUSA's Phone: 518-431-0247

Signature